# PLACE & ARNOLD

ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, Paralegal
MICHELLE M. MAYER, Paralegal

May 10, 2011

\# 8079
$ 1.83
5/11/11

Clerk, United States Bankruptcy Court
100 State Street
Rochester, NY 14614

     Re: Douglas E. Roemer, Jr.
     Chapter 7 Case No. 08-22237
     Request to Deposit Unclaimed Funds into the United States Treasury

To the Clerk of the Court:

    Enclosed please find a Trustee's check in the amount of $ 1.83. I request that the Clerk of Court deposit said funds, in the name of the creditor(s) and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

    \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds, but have been unsuccessful in locating the claimant(s).

    \_\_X\_\_ The funds represent dividend payment(s) of less than $5.00 to the named creditor(s) and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claims Register No. |
|---|---|---|
| Reliant Federal Credit Union | 1.83 | 1 |

FILED
MAY 11 2011
BANKRUPTCY COURT
ROCHESTER, NY

Very truly yours,

Michael H. Arnold
Chapter 7 Trustee

enc.
MHA/ss